AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Averitte, Clinton E. | USDC ND TX, Amarillo Division | 05/03/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge -- Full-time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States District Court
205 E. 5th Street, Box 13246
Amarillo, TX 79101-1524

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | _____ (Averitte & Averitte). There is no distribution of income other than in the form of rents which are divided (cont'd p. VIII) |
| 2. | Council Vice-President | Boy Scouts of America - Golden Spread Council |
| 3. | President | Amarillo Area Bar Association |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | Undated | Partnership exists based on a verbal agreement. The Partnership consists only of _____ members. The property interests are listed in VII, 2-15 & 28. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Averitte, Clinton E. | 05/03/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Jan.-Dec. | Hil's Hallmark Gift Store - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Averitte, Clinton E. | 05/03/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Amarillo National Bank | Loan | K |
| 2. Amarillo Community Federal Credit Union, Amarillo, TX | Loan | J |
| 3. Education Credit Union, Amarillo, TX | Loan | J |
| 4. Mastercard | Citibank | J |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Averitte, Clinton E. | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. House #2, Lubbock County, TX | | None | M | W | | | | | |
| 2. Farm #1, Randall County, TX | B | Rent | K | W | | | | | |
| 3. Mineral Int. for Randall County Farm #1 (See #2 above) | | None | J | W | | | | | |
| 4. Farm #1, Hill County, TX | C | Rent | K | W | | | | | |
| 5. Mineral Int. for Hill County Farm #1 (See #4 above) | | None | J | W | | | | | |
| 6. Farm #1, Reeves County, TX | | None | K | W | | | | | |
| 7. Mineral Int. for Reeves County Farm #1 (See #6 above) | | None | K | W | | | | | |
| 8. Farm #2, Hill County, TX | B | Rent | K | W | | | | | |
| 9. Mineral Int. for Hill County Farm #2 (See #9 above) | | None | J | W | | | | | |
| 10. Minerals, Undivided Interest, Upton County, TX | | None | J | W | | | | | |
| 11. Lot, Hillsboro, TX | A | Rent | J | W | | | | | |
| 12. Land, Whitney, Hill Co., TX | | None | J | W | | | | | |
| 13. Minerals, Whitney, Hill Co., TX (See #13 above) | | None | J | W | | | | | |
| 14. Mineral Int., no surface, Hill County, TX | | None | J | W | | | | | |
| 15. LPL Financial, American Funds-Bond Fund | B | Dividend | K | T | | | | | |
| 16. LPL Financial, American Funds Invest. Co America-Mutual Fund | B | Dividend | K | T | | | | | |
| 17. Amarillo National Bank - Amarillo, TX | A | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Averitte, Clinton E. | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bank of America, Amarillo, TX | A | Interest | J | T | | | | | |
| 19. Amarillo Community Fed. Credit Union, Amarillo, TX | A | Interest | J | T | | | | | |
| 20. Farm #2, Randall County, TX | A | Rent | L | W | | | | | |
| 21. Happy State Bank | A | Interest | M | T | | | | | |
| 22. Education Credit Union, Amarillo, TX | A | Interest | K | T | | | | | |
| 23. LPL Financial, IRA-Nextel Communications, Inc. Sr. Note | A | Interest | | | Sold | 06/12/12 | J | A | |
| 24. LPL Financial, IRA-MM (X) | A | Interest | J | T | Buy | 06/12/12 | J | | |
| 25. Mass Mutual Permanent Life | B | Dividend | K | T | | | | | |
| 26. New York Life Adjustable Insurance Policy | B | Dividend | K | T | | | | | |
| 27. Upton Co. Production (see No. 10) | E | Royalty | L | W | | | | | |
| 28. (No. 28 con't) Pioneer National Resources, USA, Inc. | | | | | | | | | |
| 29. Wells Fargo Bank | A | Interest | K | T | | | | | |
| 30. Chase Bank | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Averitte, Clinton E. | 05/03/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part 1:  Name of Organization/Entity re: [redacted] , con'd . . . based upon ownership percentage (See VII; 2-10).

Part VII.:

11.  This asset (Scurlock Permian) ceased paying prior to 2010.

| Name of Person Reporting | Date of Report |
|---|---|
| Averitte, Clinton E. | 05/03/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Clinton E. Averitte**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544